**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000083
12-MAY-2023
08:50 AM
Dkt. 62 ODSLJ**

NO. CAAP-23-0000083

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HAWAIIAN RANCHOS ROAD MAINTENANCE CORPORATION,
a Hawaii corporation, Plaintiff-Appellee, v.
GORDON FREDRICK SCHICK, Defendant-Appellee, and
MATHILDA NOILANI MASON, Defendant-Appellant,
and JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10,
and DOE GOVERNMENTAL UNITS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-22-0000298)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By:  Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon review of the record, it appears that self-represented Defendant-Appellant Mathilda Noilani Mason appeals from the Circuit Court of the Third Circuit's (**circuit court**) January 19, 2023 "Order Granting Plaintiff's Ex Parte Motion for Order Authorizing Service by Certified Mail and Publication, and to Allow Posting on the Property" (**Service Order**).

The court lacks jurisdiction over the appeal because the circuit court has not entered a final, appealable order or judgment.  See Hawaiʻi Revised Statutes (**HRS**) § 641-1(a) (2016); Hawaiʻi Rules of Civil Procedure Rules 54(b), 58; Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994).  Further, the Service Order is not independently appealable under the collateral-order doctrine, the Forgay[1] doctrine, or HRS § 641-1(b).  See Greer v. Baker, 137

---

[1]  Forgay v. Conrad, 47 U.S. 201 (1848).

Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016) (setting forth the requirements for appealability under the collateral-order doctrine and the Forgay doctrine); HRS § 641-1(b) (specifying requirements for leave to file interlocutory appeal).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, May 12, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge